## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JACK RUNSER,** | * | **CASE NO: 3:21-cv-00160-TMR** |
| | * | |
| Plaintiff, | * | **JUDGE:  THOMAS M. ROSE** |
| | * | |
| v | * | |
| | * | |
| **CITY OF DAYTON, OHIO, et al.,** | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING PLAINTIFF'S MOTION TO TERMINATE COUNSEL

Upon Plaintiff's Motion to Terminate Counsel and for good cause shown, it is ORDERED Plaintiff's Motion be GRANTED.   Plaintiff is granted until October 1, 2021 to identify replacement counsel or respond to the pending motions.

s/Thomas M. Rose
JUDGE THOMAS M. ROSE