IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JACK RUNSER, | Case No. 3:21-cv-00160-TMR |
| Plaintiff, | Judge: ROSE |
| v. | MOTION FOR EXTENSION OF TIME TO PLEAD OR RESPOND TO AMENDED COMPLAINT |
| CITY OF DAYTON, ET AL, | |
| Defendants | |

Defendant Christopher Malson respectfully submits this Motion to for an Extension of Time to plead or respond to the Amended Complaint. (Doc#20.) Plaintiff seeks an extension of time until 14 days after the Court rules on the Motion to Strike. (Doc#22.)

As grounds for this Motion, Defendant Malson states:

The Amended Complaint filed by Plaintiff is not the same document attached as an exhibit to Plaintiff's Motion for Leave to file an Amended Complaint. (*Compare* Doc#14-1, Doc#20.) Defendant Malson has submitted a Motion to Strike. (Doc#22.) Defendant Malson intends to submit a Motion to Dismiss for Failure to State a claim but does no know which Amended Complaint to address.

**Wherefore**, Plaintiff seeks an extension of time until 14 days after the Court rules on the Motion to Strike to respond to the operative Amended Complaint.

1

Respectfully submitted,

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
SCOTT O'REILLY (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this December 10, 2021 upon all counsel of record.

/s/ Joshua Adam Engel
Joshua Adam Engel (0075769)