# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JACK RUNSER, | Case No. 3:21-cv-00160 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| CITY OF DAYTON, OHIO, *et al.*, | |
| Defendants. | |

## ORDER OF REFERENCE

Upon request of the parties, the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process. The parties request that mediation be set in October.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge