# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JACK RUNSER, | : | Case No. 3:21-cv-160 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| CITY OF DAYTON, OHIO, *et al.*, | : | (mediation referral) |
| Defendants. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not the mediation resulted in settlement of this case.

**IT IS SO ORDERED.**


September 23, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge