# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JACK RUNSER,** | : | Case No. 3:21-cv-00160-TMR |
| **Plaintiff,** | : | District Judge Thomas M. Rose |
| vs. | : | |
| **CITY OF DAYTON, et al.,** | : | **JOINT MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT** |
| **Defendants.** | : | |
| | : | |

  Defendants City of Dayton, et al. move this Court to grant them an extension of time until and including July 7, 2023, in which to file their motion for summary judgment. Plaintiff's Counsel has agreed to this extension. This extension will allow the parties additional time to work to settle the case as discussed in the conference with the Court yesterday.

Respectfully submitted,

| | |
|---|---|
| **BARBARA J. DOSECK**<br>**DIRECTOR OF LAW**<br><br>By  /s/John C. Musto<br>John C. Musto (0071512)<br>Leonard J. Bazelak (0064023)<br>101 West Third Street<br>Dayton, Ohio 45402<br>Tel. (937) 333-4100<br>Fax (937) 333-3628<br>john.musto@daytonohio.gov<br>leonard.bazelak@daytonohio.gov<br>*Attorneys for Defendants, City of Dayton, Ohio, et al.* | /s/Michael L. Wright - per telephone<br>Auth. 6/8/23<br><br>_____<br>Michael L. Wright (0067698)<br>Robert R. Gresham (0082151)<br>Wright & Schulte, LLC<br>130 W. Second Street, Suite 1600<br>Dayton, Ohio 45402<br>Tel. (937) 222-7477<br>Fax (937) 222-7911<br>mwright@yourohiolegalhelp.com<br>rgresham@yourohiolegalhelp.com<br>*Trial Attorneys for Plaintiff*<br><br>Julius L. Carter (0084170)<br>Julius L. Carter Co., L.P.A.<br>120 W. Second Street, Suite 733<br>Dayton, Ohio 45402<br>Tel. (937) 222-7900<br>Fax  (937) 222-7910<br>jcarter@juliuscarter.com<br>*Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the forgoing document was served upon all counsel of record via this Court's CM/ECF on the same date as filing.

                                        /s/ John C. Musto
                                        John C. Musto (0071512)
                                        Leonard J. Bazelak (0064023)
                                        *Attorneys for Defendants, City of Dayton, Ohio, et al.*