# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JACK RUNSER,** | : | Case No. 3:21-cv-00160-TMR |
| | : | |
| | : | Judge Thomas M. Rose |
| Plaintiff(s), | : | |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| **CITY OF DAYTON, et al.,** | : | **EXTENSION OF TIME TO** |
| | : | **FILE FORMAL DISMISSAL** |
| Defendant(s). | : | |

Now comes Plaintiff, Jack Runser, by and through counsel, and hereby respectfully moves this Court, for an extension of time to file the final dismissal in the above captioned case. The parties continue to finalize dismissal. Plaintiff requests an additional 60 days in which to file a formal dismissal.

Respectfully submitted,

/s/Robert L. Gresham_____
Michael L. Wright (0067698)
Robert L. Gresham (0082151)
Wright & Schulte, LLC
130 W. Second Street, Suite 1600
Dayton, Ohio 45402
Phone (937) 222-7477
Fax (937) 222-7911
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com
*Trial Attorneys for Plaintiff*

/s/ Julius L. Carter_____
Julius L. Carter #0084170
Julius L. Carter Co., L.P.A.
120 W. Second Street, Suite 733
Dayton, Ohio 45402
(937) 222-7900
(937) 222-7910 Fax
jcarter@juliuscarter.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above captioned Notice was provided to all counsel of record via the Court's CM/ECF system this 28th day of August, 2023.

                                                  /s/ Robert L. Gresham
                                                  Michael L. Wright, #0067698
                                                  Robert L. Gresham, #0082151